JS-6

Jeremy M. Golan, Esq. (SBN 216271)
Golan Law, P.C.
6300 Wilshire Blvd., Suite 1415
Los Angeles, California 90048
Telephone: (310) 558-0424
Facsimile: (310) 558-1977

Attorneys for Plaintiff Michael Quinones

JACKSON LEWIS P.C.
ROBERT D. VOGEL, Esq., State Bar No. 63091
VogelR@jacksonlewis.com
ZOE YUZNA, Esq., State Bar No. 268496
Zoe.Yuzna@jacksonlewis.com
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants Merrill
Communications LLC, erroneously
sued herein as "Merrill Corporation, Inc."
and DOES 1 through 10, Inclusive

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL QUINONES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MERRILL CORPORATION, INC., a California corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO: CV 16-8311-GW(FFMX)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br>Trial Date: November 7, 2017 |

Pursuant to the Joint Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: June 7, 2017

*George H. Wu*

HON. GEORGE H. WU
United States District Judge

4810-5709-4984, v. 1